UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKE NONA SERNIOR HOUSING, LLC ET AL.,<br><br>                                **Plaintiffs,**<br><br>-against-<br><br>SILVER ARCH CAPITAL PARTNERS, LLC ET AL.,<br><br>                                **Defendants.** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/14/2022<br><br>22-cv-6113-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters concerning Defendants' anticipated Motion to Dismiss and Motion to Strike. ECF Nos. 17-19. The parties have indicated an agreement whereby Plaintiffs will file a second amended complaint in which they will strike certain paragraphs and address the issue of diversity jurisdiction. ECF Nos. 18, 19.

Plaintiffs are hereby **GRANTED** leave to file a second amended complaint no later than **November 22, 2022**. Defendants are hereby **ORDERED** to file an answer no later than **December 6, 2022**.

**SO ORDERED.**

**Dated: November 14, 2022**
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**