UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAKE NONA SENIOR HOUSING, LLC, a Florida
Limited Liability Company and LEESBURG SENIOR
HOUSING, LLC, a Florida Limited Liability Company,

22-CV-06113 (ALC) (VF)

**ORDER**

Plaintiffs,

-against-

SILVER ARCH CAPITAL PARTNERS, LLC,
JEFFREY WOLFER, an individual, MATT COLE,
an individual, and BRENDAN O'BRIEN, an individual,

Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint letter by no later than **Monday, April 3, 2023,** providing the Court an update on the status of the case, detailing the progress of discovery in the prior month, the anticipated next steps in the upcoming month, and any disputes that have arisen.

**SO ORDERED.**

DATED:   New York, New York
         February 15, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge